JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WILLIAMS,<br>      Plaintiff,<br><br>      v.<br><br>AMERICAN NATIONAL RED CROSS, et al.<br>      Defendants. | CV 20-00577 DSF (SHKx)<br><br>Order GRANTING in Part Plaintiff's Request for Voluntary Dismissal (Dkt. 9) |

    Plaintiff Cameron Williams requested voluntary dismissal of "the above-named Complaint, in its entirety" without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Dkt. 9. Defendant American National Red Cross objected to the request, but stated it would not oppose dismissal without prejudice if the Court adopted the following conditions:

    1. If Plaintiff refiles this action—including any action pursuant to California's Labor Code Private Attorney General Act (Cal. Labor Code §§ 2698 *et seq*.) based on any allegation made in this action—he shall be deemed to have consented to transfer of the new action from any United States District Court in which it may be pending to the Central District of California pursuant to 28 U.S.C. § 1404(a).

2. If any such action is pending before the Central District of California, Plaintiff shall be deemed to have consented to the transfer of the new action to the docket of Judge Fischer pursuant to C.D. Cal. L.R. 83-1.2.2.

Dkt. 11. The Court issued an Order Conditionally GRANTING in Part Plaintiff's Request for Voluntary Dismissal, indicating its intention to dismiss on the conditions requested by Defendant, and affording Plaintiff the opportunity to accept the conditions or withdraw his request. Dkt. 12. Plaintiff filed a Notice of Acceptance of Conditional Dismissal. Dkt. 13.

Therefore, this action is dismissed without prejudice on the conditions stated in this Order.

IT IS SO ORDERED.

Date: April 22, 2020

                                        Dale S. Fischer
                                        United States District Judge